**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GODOFREDO BARRAGAN AVARCA; MARIA D. BARRAGAN, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-75210 <br><br> Agency Nos. A076-847-295 <br> A076-847-296 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Godofredo Barragan Avarca and Maria D. Barragan, natives and citizens of

Mexico, petition for review the Board of Immigration Appeals' order dismissing

their appeal from an immigration judge's removal order. We dismiss the petition

for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In their opening brief, petitioners fail to address, and thereby waive any challenge to, the agency's order denying their application for cancellation of removal. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the agency's denial of Barragan Avarca's request for voluntary departure. *See* 8 U.S.C. § 1229c(f); *Tovar-Landin v. Ashcroft*, 361 F.3d 1164, 1166 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**